## BERKOWITZ v. FRANK BREWERY.

(Supreme Court, Appellate Term. January 8, 1909.)

APPEAL AND ERROR (§ 105*)—APPEALABLE ORDER—DISMISSAL OF COMPLAINT—LACHES.

    No appeal lies from an order denying a motion to dismiss a complaint on the ground of laches.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 720; Dec. Dig. 105.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Moses Berkowitz against the Frank Brewery. From an order denying a motion to dismiss the complaint on the ground of laches, defendant appeals. Appeal dismissed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Nadal & Carrere (Edward P. Mowton, of counsel), for appellant.

PER CURIAM. No appeal will lie from such an order as this appeal is taken from, no matter upon what grounds the order is based.

Appeal dismissed, with $10 costs.

---

## GERSHEL v. WHITE'S EXPRESS CO.

(Supreme Court, Appellate Term. January 8, 1909.)

1. MUNICIPAL CORPORATIONS (§ 706*)—USE OF STREETS—COLLISION—EVIDENCE.

    Where a corporation admitted in its answer that it operated and controlled wagons used in a city, and did not give evidence that it did not operate a particular wagon bearing its name, proof that the particular wagon colliding with and injuring the property of another bore the name of the corporation established prima facie its ownership of the wagon.

    [Ed. Note.—For other cases, see Municipal Corporations, Dec. Dig. § 706.*]

2. DAMAGES (§ 174*)—INJURY TO PROPERTY—EVIDENCE—ADMISSIBILITY.

    A paper offered by defendant on the subject of an estimate for repairs of an article injured by his wagon colliding with it was properly excluded, where the proof failed to identify the estimate with the article damaged.

    [Ed. Note.—For other cases, see Damages, Cent. Dig. § 462; Dec. Dig. § 174.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Benjamin Gershel against the White's Express Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Paul M. Abrahams, for appellant.
Tipple & Platt, for respondent.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep't Indexes